UNITED STATES, Appellee

v

JOSEPH N. O'BRIEN, Private, U. S. Marine Corps, Appellant

No. 25,970

---

UNITED STATES, Appellee

v

MARTY B. DIXON, Private First Class, U. S. Army, Appellant

No. 26,335

---

UNITED STATES, Appellee

v

ROBERT DRAKE, JR., Private First Class,
U. S. Marine Corps, Appellant

No. 26,338

---

UNITED STATES, Appellee

v

JOSE A. LUGO, Specialist Four, U. S. Army, Appellant

No. 26,355

---

UNITED STATES, Appellee

v

CHARLES A. PRIEST, Private, U. S. Marine Corps, Appellant

No. 26,385

---

UNITED STATES, Appellee

v

RICKEY DALE SCHULTZ, Hospitalman Recruit,
U. S. Navy, Appellant

No. 26,493

UNITED STATES, Appellee

v

JOHN G. FEELEY, Lance Corporal, U. S. Marine Corps, Appellant

No. 26,604

UNITED STATES, Appellee

v

VAN A. MONROE, Private, U. S. Army, Appellant

No. 26,609

UNITED STATES, Appellee

v

JOSEPH W. CORDES, Private First Class,
U. S. Marine Corps, Appellant

No. 26,723

UNITED STATES, Appellee

v

KYLE S. ROSBURG, Machinist's Mate Third Class,
U. S. Navy, Appellant

No. 26,756

22 USCMA 325, 46 CMR 325

June 8, 1973

On the pleadings for Appellants, Accused, were *Lieutenant Jeffrey H. Bogart*, JAGC, USNR (No. 25,970), *Lieutenant Thomas M. Geisler, Jr.*, JAGC, USNR (No. 25,970), *Lieutenant David C. Sellergren*, JAGC, USNR

(No. 25,970), *Lieutenant James T. Newson, JAGC, USNR (No. 25,970), Captain D. A. Higley, USMC (Nos. 25,970 and 26,493), Colonel Arnold I. Melnick (Nos. 26,335, 26,355 and 26,609), Captain Leland M. Stenehjem (Nos. 26,335 and 26,609), Captain Barry K. Duwe (No. 26,335), Captain Mark L. Tuft (No. 26,355), Captain Charles J. Hely, USMCR (Nos. 26,338, 26,385 and 26,604), Lieutenant David G. Grimes Jr., JAGC, USNR (No. 26,338), Commander George W. Powell, JAGC, USN (No. 26,493), Captain Gilbert J. Weller (No. 26,609), Lieutenant Kenneth N. Beth, JAGC, USNR (No. 26,723), Captain T. O. Tottenham, USMCR (No. 26,756) and Lieutenant Michael W. Boehm, JAGC, USNR (No. 26,756).*

On the pleadings for Appellee, United States, were *Lieutenant Colonel G. L. Bailey, USMC (Nos. 25,970, 26,338, 26,385, 26,493, 26,604, 26,723 and 26,756), Lieutenant Colonel L. K. O'Drudy, USMC (No. 25,970), Captain Donald B. Myers, USMCR (Nos. 25,970, 26,338 and 26,385), Lieutenant Steven C. Cross, JAGC, USNR (No. 25,970), Lieutenant Colonel Ronald M. Holdaway (Nos. 26,335, 26,355 and 26,609), Captain Thomas B. McCullough, Jr. (No. 26,335), Captain Stan L. Spangler (No. 26,335), Captain Richard L. Menson (Nos. 26,335, 26,355 and 26,609), Captain Ronald A. Cimino (No. 26,355), Captain Glenn R. Bonard (No. 26,355), Lieutenant Commander Harvey E. Little, JAGC, USN (No. 26,493), Lieutenant E. Alan Hechtkopf, JAGC, USNR (Nos. 26,604, 26,723 and 26,756), Captain John P. Pinkerton (No. 26,609), and Captain Merle F. Wilberding (No. 26,609).*

## Opinion of the Court

PER CURIAM:

In each of these cases, evidence of previous conviction by summary court-martial was received in evidence on sentencing. In no instance did the summary court-martial proceeding result in confinement. Consequently, our decision in United States v Alderman, 22 USCMA 298, 46 CMR 298 (May 25, 1973) does not prohibit the use of such evidence in aggravation of punishment. Accordingly, we affirm the decision of the Court of Military Review in each case.

Chief Judge DARDEN would affirm the decisions below for the reasons set forth in his separate opinion in United States v Alderman, supra.